**Order entered April 14, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

## No. 05-21-00133-CV

**GETMEPLACEMENT, LLC, Appellant**

**V.**

**WIESE INDUSTRIES, INC. D/B/A PIXELBOOST, Appellee**

**On Appeal from the 417th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 417-06424-2018**

## ORDER

In response to our directive to file written verification that the reporter's record has been requested, appellant has filed a letter informing the Court that the record is not required. Accordingly, we **ORDER** the appeal submitted without the reporter's record. As the clerks' record has been filed, we further **ORDER** appellant to file its brief no later than May 14, 2021.

/s/ KEN MOLBERG
JUSTICE